# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYRONE RAMSEY, | ) |
|       Petitioner, | ) ) ) |
| -vs- | )   Case No. CIV-17-584-F ) |
| B.M. ANTONELLI, Warden, F.C.I. El Reno, | ) ) ) |
|       Respondent. | ) |

## ORDER

United States Magistrate Judge Suzanne Mitchell has issued a Report and Recommendation, recommending that petitioner's action under 28 U.S.C. § 2241 be dismissed without prejudice for lack of jurisdiction. In so recommending, Magistrate Judge Mitchell has concluded that petitioner "fails to demonstrate that the remedy under [28 U.S.C. § 2255] was inadequate to test the validity of his conviction and sentence." Doc. no. 7, p. 8.

Although advised of his right to file an objection and the consequences for his failure to do so, petitioner has not objected to the Report and Recommendation. With no objection filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on August 8, 2017 (doc. no. 7) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's action under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

IT IS SO ORDERED this 11th day of September, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0584p001.docx